UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| SANTANDER BANK, NATIONAL ASSOCIATION f/k/a SOVEREIGN BANK, N.A., | ) ) ) ) | |
| Plaintiff, | ) ) ) | CIVIL ACTION NO. 11-10601-DPW |
| v. | ) ) | |
| MICHAEL P. STURGIS and CONSTANCE P. STURGIS, | ) ) ) | |
| Defendants. | ) | |

## JUDGMENT

In accordance with this Court's Memorandum and Order dated November 13, 2013, granting the plaintiff's Motion for Summary Judgment (Dkt. No. 44), for the reasons stated therein, it is hereby ORDERED, ADJUDGED AND DECREED:

**Judgment for the plaintiff against the defendants in the amount of $1,149,577.20 together with post-judgment interest in accordance with 28 U.S.C. § 1961.**

BY THE COURT,

/s/ Jarrett Lovett
Deputy Clerk

DATED: November 15, 2013